UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRYSTAL BEAR, by and through her Guardian Ad Litem, Gary N. Bloom,<br><br>        Plaintiff,<br><br>        v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and MARLA BEAR MOTTESHARD, a single person,<br><br>        Defendants. | NO. CV-05-253-EFS<br><br>**ORDER ENTERING THE COURT'S ORAL RULINGS FROM MARCH 3, 2008, TRIAL CONFERENCE** |

    A Trial Conference was held in the above-captioned matter on March 3, 2008, in Spokane, Washington. Richard C. Eymann and Raymond F. Thomas appeared on behalf of Plaintiff Crystal Bear; Caryn G. Jorgensen, Donald H. Dawson, Kathleen A. Clark, and Kasey D. Huebner appeared on behalf of Defendant Ford Motor Company; and Patrick G. McMahon appeared on behalf of Defendant Marla Bear Motteshard. Before the Court were Defendant Ford's Motion to Dismiss and for Directed Verdict (Ct. Rec. 402) and Plaintiff's Motion to Limit Other Vehicle Evidence in Defendant's Case-

ORDER * 1

In-Chief (Ct. Rec. 401). This Order serves to memorialize the Court's oral rulings on these motions as well as memorialize the Court's rulings on other pending motions.

Accordingly, **IT IS HEREBY ORDERED**:

1. For the reasons articulated on the record, Defendant Ford's Motion to Dismiss and for Directed Verdict **(Ct. Rec. 402)** is **GRANTED IN PART** (as to Plaintiff's warnings and instructions claim on the Bronco II's handling and stability) and **DENIED IN PART** (as to motion for directed verdict).

2. For the reasons articulated on the record, Plaintiff's Motion to Limit Other Vehicle Evidence in Defendant's Case-In-Chief **(Ct. Rec. 401)** is **DENIED.** The Court will make exhibit-by-exhibit rulings as they arise during the course of trial.

3. Defendant Ford's Response to Plaintiff's Motion to Limit Other Vehicle Evidence in Defendant's Case-In-Chief **(Ct. Rec. 404)** is **DENIED AS MOOT.** Court Record 404 is a response to Plaintiff's motion (Ct. Rec. 401) and was improperly filed as a motion.

4. For the reasons articulated on the record, Defendant Ford's oral motion to strike Dr. Melvin Richardson's testimony is **DENIED.**

5. For the reasons articulated on the record at the January 29, 2008, and February 12, 2008, Pretrial Conferences, Plaintiff's Motion *in Limine* to Exclude Multiple Items on Exhibit List of Defense Expert Lee Carr and Related Testimony and Evidence **(Ct. Rec. 197)** is **DENIED**. The Court will make exhibit-by-exhibit rulings as they arise during the course of trial.

6. For the reasons articulated on the record at the January 29, 2008, and February 12, 2008, Pretrial Conferences, Plaintiff's Motion to

Exclude NHTSA Evidence **(Ct. Rec. 184)** is **DENIED** to the extent that NHTSA testing evidence on substantially similar vehicles will generally be permitted.  The Court, however, will make exhibit-by-exhibit rulings as they arise during the course of trial.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this ___4th___ day of March, 2008.

s/Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2005\253.Trial.Rulings.3.wpd

ORDER * 3