# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

CRYSTAL BEAR, by and through her Guardian Ad Litem,
Gary N. Bloom,

           Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation; and
MARLA BEAR MOTTESHARD, a single person,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-253-EFS

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff, Crystal Bear, is awarded judgment against Defendant, Marla Bear Motteshard, as follows:

Past Economic Damages:     $344,488.42
Future Economic Damages: $5,555,511.58
Non-economic Damages:     $115,200.00

March 11, 2008
*Date*

JAMES R. LARSEN
*Clerk*

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas